IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| IN RE: : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| PREMPRO PRODUCTS LIABILITY : | |
| LITIGATION : | All Cases in Exhibit A |

**ORDER**

The PPO8 Motions to Dismiss Case pending in the cases listed in Exhibit A are

GRANTED.  Accordingly, the CASES are DISMISSED based on the terms and conditions in

PPO8.

IT IS SO ORDERED this 29th day of December, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1

**EXHIBIT A**

4:08-cv-03624-WRW   Adkins et al v. American Home Products Corporation, et al

4:08-cv-03625-WRW   Adkins et al v. American Home Products Corporation, et al

4:08-cv-03633-WRW   Anderson et al v. American Home Products Corporation, et al

4:08-cv-03638-WRW   Ash et al v. American Home Products Corporation, et al

4:08-cv-03646-WRW   Belcher et al v. American Home Products Corporation, et al

4:08-cv-03651-WRW   Bolen et al v. American Home Products Corporation, et al

4:08-cv-03654-WRW   Bousheley et al v. American Home Products Corporation, et al

4:08-cv-03658-WRW   Fulkes-Bowles et al v. American Home Products Corporation, et al

4:08-cv-03660-WRW   Bridwell v. American Home Products Corporation, et al

4:08-cv-03669-WRW   Brown v. American Home Products Corporation, et al

4:08-cv-03680-WRW   Campbell v. American Home Products Corporation, et al

4:08-cv-03695-WRW   Cavender v. American Home Products Corporation, et al

4:08-cv-03721-WRW   Copley et al v. American Home Products Corporation, et al

4:08-cv-03730-WRW   Curtis et al v. American Home Products Corporation, et al

4:08-cv-03731-WRW   Day et al v. American Home Products Corporation, et al

4:08-cv-03733-WRW   Dean v. American Home Products Corporation, et al

4:08-cv-03751-WRW   Ervin v. American Home Products Corporation, et al

4:08-cv-03756-WRW   Facemire v. American Home Products Corporation, et al

4:08-cv-03758-WRW   Finley v. American Home Products Corporation, et al

4:08-cv-03776-WRW   Good et al v. American Home Products Corporation, et al

4:08-cv-03792-WRW   Hale v. American Home Products Corporation, et al

4:08-cv-03816-WRW   Hooser v. American Home Products Corporation, et al

4:08-cv-03848-WRW   Kasey v. American Home Products Corporation, et al

4:08-cv-03852-WRW   Kerns v. American Home Products Corporation, et al

| | |
|---|---|
| 4:08-cv-03866-WRW | Lambert et al v. American Home Products Corporation, et al |
| 4:08-cv-03881-WRW | Lieving et al v. American Home Products Corporation, et al |
| 4:08-cv-03885-WRW | Logue v. American Home Products Corporation, et al |
| 4:08-cv-03886-WRW | Long v. American Home Products Corporation, et al |
| 4:08-cv-03896-WRW | Massey et al v. American Home Products Corporation, et al |
| 4:08-cv-03899-WRW | May v. American Home Products Corporation, et al |
| 4:08-cv-03912-WRW | McGraw et al v. American Home Products Corporation, et al |
| 4:08-cv-03917-WRW | Rutherford v. American Home Products Corporation, et al |
| 4:08-cv-03926-WRW | Scaggs et al v. American Home Products Corporation, et al |
| 4:08-cv-03941-WRW | Simmons et al v. American Home Products Corporation, et al |
| 4:08-cv-03965-WRW | Sturgell et al v. American Home Products Corporation, et al |
| 4:08-cv-03971-WRW | Miles et al v. American Home Products Corporation, et al |
| 4:08-cv-03988-WRW | Thompson v. American Home Products Corporation, et al |
| 4:08-cv-03999-WRW | Toncray v. American Home Products Corporation, et al |
| 4:08-cv-04014-WRW | Murphy et al v. American Home Products Corporation, et al |
| 4:08-cv-04021-WRW | Napier et al v. American Home Products Corporation, et al |
| 4:08-cv-04023-WRW | Noe v. American Home Products Corporation, et al |
| 4:08-cv-04032-WRW | Wallace et al v. American Home Products Corporation, et al |
| 4:08-cv-04035-WRW | Walls et al v. American Home Products Corporation, et al |
| 4:08-cv-04037-WRW | Ohler et al v. American Home Products Corporation, et al |
| 4:08-cv-04040-WRW | Wardle et al v. American Home Products Corporation, et al |
| 4:08-cv-04076-WRW | Workman v. American Home Products Corporation, et al |
| 4:08-cv-04089-WRW | Price v. American Home Products Corporation, et al |
| 4:08-cv-04096-WRW | Ray v. American Home Products Corporation, et al |